UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 26-21277-JRS |
| JEFFREY ANDREW LAVIGNE, | * | |
| | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**DEBTOR'S AMENDMENT TO CHAPTER 13 SCHEDULES**

Comes Now, Jeffrey Andrew LaVigne, Debtor, and amends his Chapter 13 Schedules per the following:

1. Debtor amends Schedules I/J as attached.
2. Debtor amends the Declaration of Schedules and Summary of Schedules as attached.

WHEREFORE, Debtor prays that this Amendment be allowed, that the Trustee withdraws any objection(s) and for such other and further relief as the Court deems appropriate and just.

This the 23rd day of October, 2026.

Respectfully Submitted,

Shani Reid Law Group, LLC
/s/Shani Reid

Shani Reid Law Group, GBN 076131
Attorney for Debtor
5353 Fairington Road
Suite C
Lithonia, Georgia 30038

Fill in this information to identify your case:

Debtor 1 **Jeffrey Andrew LaVigne**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number **26-21277**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

________
MM / DD/ YYYY

# Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | **Wholesale Account Exec.** | |
| **Employer's name** | **United Home Mortgage** | |
| **Employer's address** | **8241 Dow Circle West**<br>**Strongsville, OH 44136** | |
| **How long employed there?** | **Starts 10/26/2026** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,000.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **5,000.00** | $ **0.00** |

Debtor 1 **Jeffrey Andrew LaVigne** Case number (*if known*) **26-21277**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **5,000.00** | $ **0.00** |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **350.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** | + $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **350.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,650.00** | $ **0.00** |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **2,768.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** | + $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **2,768.00** | $ **0.00** |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ **7,418.00** + $ **0.00** = $ **7,418.00**

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ **7,418.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1: **Jeffrey Andrew LaVigne**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): **26-21277**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **19** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **3,000.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **70.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **200.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1 **Jeffrey Andrew LaVigne** Case number (if known) **26-21277**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **450.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **203.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **550.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **900.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **220.00** |
| 10. | **Personal care products and services** | 10. $ | **200.00** |
| 11. | **Medical and dental expenses** | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **250.00** |
| | 15c. Vehicle insurance | 15c. $ | **200.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: **Storage Lease** | 17c. $ | **100.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **6,943.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **6,943.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **7,418.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **6,943.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **475.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey Andrew LaVigne** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-21277**

■ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **10,160.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **10,160.00** |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **25,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **11,433.00** |
| **Your total liabilities** | $ **36,433.00** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ **7,418.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ **6,943.00** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **3,766.33**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **25,000.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **25,000.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey Andrew LaVigne** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-21277**

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person ______________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

Jeffrey LaVigne

X **/s/ Jeffrey Andrew LaVigne**
**Jeffrey Andrew LaVigne**
Signature of Debtor 1

Date **October 23, 2026**

X ______________
Signature of Debtor 2

Date ______________

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
5X8QI-VZ6X9-RDW8D-I8QAX

DOCUMENT COMPLETED BY ALL PARTIES ON
23 OCT 2026 19:40:28 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **JEFFREY LAVIGNE**<br>EMAIL | SENT<br>23 OCT 2026 19:36:52<br>VIEWED<br>23 OCT 2026 19:39:26<br>SIGNED<br>23 OCT 2026 19:40:28 | Jeffrey LaVigne<br>IP ADDRESS<br>16.56.19.22 |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
23 OCT 2026 19:39:26

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 26-21277-JRS |
| JEFFREY ANDREW LAVIGNE, | * | |
| | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury:
That I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Amendments to Chapter 13 Schedules by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery or by the Court's Electronic Case Filing (ECF) mail system to:

This the 23rd day of October, 2026.

___/s/________________
Shani Reid, GA Bar No 076131
Attorney for Debtor
Shani Reid Law Group, LLC
5353 Fairington Road
Suite C
Lithonia, GA 30038

Jeffrey Andrew LaVigne
2930 Centerglen Lane
Cumming, GA 30040

Nancy J. Whaley – via ECF Mail
Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

All creditors on the attached Matrix.

**26-21277-jrs** Jeffrey Andrew LaVigne
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** James R. Sacca
**Date filed:** 08/06/2026 **Date of last filing:** 10/22/2026

# Creditors

| | |
|---|---|
| **Affirm, Inc.**<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108 | (26038972)<br>(cr) |
| **Austin Capital Bank**<br>Attn: Bankruptcy Dept<br>8100 Shoal Creek Blvd, Ste 100<br>Austin, TX 78757 | (26038973)<br>(cr) |
| **Capital One**<br>AttN: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | (26038974)<br>(cr) |
| **Cerulean**<br>PO Box 6812<br>Carol Stream, IL 60197 | (26038975)<br>(cr) |
| **Comenity Bank/Buckle**<br>Attn: Bankruptcy<br>P.O.Box 182273<br>Columbus, OH 43218 | (26038976)<br>(cr) |
| **Comenity Capital/famous**<br>Attn: Bankruptcy<br>Po Box 183003<br>Columbus, OH 43218 | (26038977)<br>(cr) |
| **Comenity/Burlington CC**<br>Comenity Bank, Bankruptcy Department<br>Po Box 182125<br>Columbus, OH 43218 | (26038978)<br>(cr) |
| **Continental Finance Co**<br>Attn: Bankruptcy<br>Po.Box 3220<br>Buffalo, NY 12420 | (26038979)<br>(cr) |
| **Continental Finance Company**<br>Attn: Bankruptcy<br>4550 New Linden Hill Rd<br>Wilmington, DE 19808 | (26038980)<br>(cr) |

| | |
|---|---|
| **Credit One Bank**<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113 | (26038981)<br>(cr) |
| **Cws/cw Nexus**<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804 | (26038982)<br>(cr) |
| **Edc/esusu/progress Res**<br>32 6th Avenue<br>New York, NY 10013 | (26038983)<br>(cr) |
| **Edc/self-renttrack**<br>Po Box 11<br>Southlake, TX 76092 | (26038984)<br>(cr) |
| **Fineday Funds**<br>PO Box 457<br>Keshena, WI 54135 | (26038985)<br>(cr) |
| **First Nataional Bank/Legacy**<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 | (26038986)<br>(cr) |
| **First National Bank**<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 | (26038987)<br>(cr) |
| **Fst Premier**<br>Attn: Bankruptcy<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | (26038988)<br>(cr) |
| **Genesis FS Card Services**<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076 | (26038989)<br>(cr) |
| **Georgia Department of Revenue**<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd, N.E. Ste 9100<br>Atlanta, GA 30345 | (26038990)<br>(cr) |
| **Georgia Department of Revenue**<br>Bankruptcy<br>2595 Century Pkwy NE Ste 339<br>Atlanta, GA 30345 | (26046282)<br>(cr) |
| **Indigo Credit Card**<br>P.O. Box 4499<br>Beaverton, OR 97076 | (26038991)<br>(cr) |

| | |
|---|---|
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (26038992)<br>(cr) |
| **Merrick Bank**<br>PO Box 660702<br>Dallas, TX 75266 | (26038993)<br>(cr) |
| **MERRICK BANK**<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | (26101558)<br>(cr) |
| **Mission Lane Tab Bank**<br>Po Box 105286<br>Atlanta, GA 30348 | (26038994)<br>(cr) |
| **Ollo Card**<br>Attn: Bankruptcy<br>PO Box 9222<br>Old Bethpage, NY 11804 | (26038995)<br>(cr) |
| **Plusfinance/cws**<br>Attn: Bankruptcy<br>P.O.Box 9203<br>Old Bethpage, NY 11804 | (26038996)<br>(cr) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>POB 41067<br>Norfolk, VA 23541 | (26163643)<br>(cr) |
| **Progress Residential**<br>7500 N. Dobson Road<br>Suite 300<br>Scottsdale, AZ 85256 | (26041533)<br>(cr) |
| **Progress Residential Brorrower 1, LLC**<br>c/o Canon LLC<br>PO Box 31236<br>Salt Lake City, UT 84131 | (26038997)<br>(cr) |
| **Quantum3 Group LLC as agent for**<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | (26111783)<br>(cr) |
| **Regional Acceptance Company**<br>Attn: Bankruptcy<br>1424 E. Firetower Road<br>Greenville, NC 27858 | (26038998)<br>(cr) |
| **RentReporters**<br>Attn: Bankruptcy<br>24 Corporate Plaza Drive, Suite 180<br>Newport Beach, CA 92660 | (26038999)<br>(cr) |
| **Sparrow Fncl**<br>Sparrow, Attn: Bankruptcy | (26039000)<br>(cr) |

9450 Sw Gemini Dr. #87446
Beaverton, OR 97008

| | |
|---|---|
| **Syncb/Old Navy**<br>Attn: Bankruptcy<br>Po Box 96506<br>Orlando, FL 32896 | (26039001)<br>(cr) |
| **Taz Visa**<br>PO Box 2876<br>Omaha, NE 68103-2876 | (26039002)<br>(cr) |
| **Telecom Self-reported**<br>Po Box 4500<br>Allen, TX 75013 | (26039003)<br>(cr) |
| **UHaul Storage**<br>4680 Browns Bridge Rd.<br>Cumming, GA 30041 | (26039004)<br>(cr) |
| **United States Attorney**<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | (26040944)<br>(cr) |

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/23/2026 16:30:52 | | | |
| **PACER Login:** | reidlaw53 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 26-21277-jrs Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |