**IT IS ORDERED as set forth below:**

**Date: November 19, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br>Jeffrey Andrew LaVigne<br><br>**Debtor**. | CASE NO. 26-21277-jrs<br>CHAPTER 13<br><br>Judge James R. Sacca |
| Progress Residential Borrower 1, LLC<br><br>**Movant**<br><br>v.<br><br>Jeffrey Andrew LaVigne, Debtor(s),<br>Nancy J. Whaley, Trustee<br><br>**Respondents**. | CONTESTED MATTER |

**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 13], as filed on October 20, 2026. A hearing was scheduled on Movant's Motion on November 10, 2026. Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as announced prior to said hearing on the Motion.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated August 3, 2026, at a rate of $2,695.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Jeffrey Andrew LaVigne, relative to certain property known as 2930 Centerglen Ln, Cumming GA 30040, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent in the amount of $ $13,033.05, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of September and October 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the post-petition arrearage through November 2026 totals $6,287.56, representing rent, plus utilities as-incurred and fees accruing thereunder. This arrearage shall be paid as follows: in full by November 24, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's office, as located at 7500 N. Dobson Rd, Ste 121, Scottsdale AZ 85256 or to such address as may be later designated in writing. Failure to tender the above-described payment shall entitle Movant to an order lifting the stay to allow it to pursue its state law remedies

as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due thereunder beginning December 1, 2026. Should Debtor default on the payments of the payments referenced above and/or the regular rental payments which come due according to the Lease through July 31, 2027, then upon notice of default sent by first class mail to Debtor to the respective addresses that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of receipt of such notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

[**END OF DOCUMENT**]

Consented to by:

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

Consented to by:

/s/ Shani A. Reid (w/ exp perm)
Shani A. Reid
GA Bar No. 076131
Shani Reid Law Group, LLC
5353 Fairington Rd
Suite C
Lithonia, GA 30038
*Attorneys for Debtor*

Seen and No Opposition:

/s/ Eric W. Roach (w/ exp perm)
Eric W. Roach
GA Bar No. 143194
Office of Nancy J. Whaley
Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Distribution List:

Shani Reid Law Group, LLC
5353 Fairington Rd
Suite C
Lithonia, GA 30038
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Nancy J. Whaley
Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
*Trustee*

Jeffrey Andrew LaVigne, Debtor
2930 Centerglen Ln
Cumming GA 30040

United States Bankruptcy Court
Northern District of Georgia

In re:
Jeffrey Andrew LaVigne
Debtor

Case No. 26-21277-jrs
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-8 User: bncadmin Page 1 of 1
Date Rcvd: Nov 20, 2026 Form ID: pdf401 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Andrew LaVigne, 2930 Centerglen Lane, Cumming, GA 30040-0726 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 1 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Shani Reid | on behalf of Debtor Jeffrey Andrew LaVigne docs@sreidlaw.com attyshani@gmail.com;shani@sreidlaw.com;Reid.ShaniR88373@notify.bestcase.com |
| Thomas M. Nicely | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |

TOTAL: 4