**IT IS ORDERED as set forth below:**

**Date: November 20, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **JEFFREY ANDREW LAVIGNE** | **:** | **CASE NUMBER G26-21277-JRS** |
| **DEBTOR** | **:** | |

**ORDER ON TRUSTEE'S MOTION OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. 1328(f)**

The above and foregoing matter came before this Court on October 27, 2026 at 9:40 a.m. on the Trustee's Motion Objecting to the Debtor's Discharge because the Debtor filed a previous Chapter 7 case during the last four (4) years and received a discharge. Upon review of the pleadings, and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtor is ineligible for a discharge in this case pursuant to 11 U.S.C. Section 1328(f).

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

Presented by:

____/s/____________________

Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303
678.992.1201
eroach@njwtrustee.com

**DISTRIBUTION LIST**

**Case No.: G26-21277-JRS**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**