**IT IS ORDERED as set forth below:**

**Date: November 20, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **JEFFREY ANDREW LAVIGNE** | **:** | **CASE NUMBER G26-21277-JRS** |
| **DEBTOR** | **:** | |

**ORDER ON TRUSTEE'S MOTION OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. 1328(f)**

The above and foregoing matter came before this Court on October 27, 2026 at 9:40 a.m. on the Trustee's Motion Objecting to the Debtor's Discharge because the Debtor filed a previous Chapter 7 case during the last four (4) years and received a discharge. Upon review of the pleadings, and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtor is ineligible for a discharge in this case pursuant to 11 U.S.C. Section 1328(f).

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

Presented by:

____/s/____________________
Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303
678.992.1201
eroach@njwtrustee.com

**DISTRIBUTION LIST**

**Case No.: G26-21277-JRS**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-21277-jrs
Jeffrey Andrew LaVigne Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-8 User: bncadmin Page 1 of 3
Date Rcvd: Nov 23, 2026 Form ID: pdf642 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Andrew LaVigne, 2930 Centerglen Lane, Cumming, GA 30040-0726 |
| cr | + | Progress Residential Borrower 1, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 26038983 | + | Edc/esusu/progress Res, 32 6th Avenue, New York, NY 10013-2473 |
| 26038997 | + | Progress Residential Brrorower 1, LLC, c/o Canon LLC, PO Box 31236, Salt Lake City, UT 84131-0236 |
| 26039004 | + | UHaul Storage, 4680 Browns Bridge Rd., Cumming, GA 30041-4747 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 23 2026 20:43:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Nov 23 2026 20:43:00 | U.S. Trustee, Office of the U.S. Trustee, 230 North First Avenue, Suite 204, Phoenix, AZ 85003-1725 |
| 26038973 | | Email/Text: CSBankruptcy@austincapitalbank.com | Nov 23 2026 20:41:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 26038972 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 23 2026 20:52:21 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 26038975 | | Email/Text: cfcbackoffice@contfinco.com | Nov 23 2026 20:42:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197 |
| 26038979 | | Email/Text: cfcbackoffice@contfinco.com | Nov 23 2026 20:42:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 26038980 | | Email/Text: cfcbackoffice@contfinco.com | Nov 23 2026 20:42:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 26038974 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2026 20:49:48 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 26038976 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2026 20:43:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 26038977 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2026 20:43:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 26038978 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2026 20:43:00 | Comenity/Burlington CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 26038981 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2026 20:51:42 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 26038982 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 20:51:40 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 26038985 | | Email/Text: disputes@soaren-management.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 23 2026 20:42:00 | Fineday Funds, PO Box 457, Keshena, WI 54135 |
| 26038986 | | Email/Text: BNSFN@capitalsvcs.com | Nov 23 2026 20:42:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 26038987 | | Email/Text: BNSFN@capitalsvcs.com | Nov 23 2026 20:42:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 26039002 | | Email/Text: BNSTAZ@capitalsvcs.com | Nov 23 2026 20:42:00 | Taz Visa, PO Box 2876, Omaha, NE 68103-2876 |
| 26038988 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 23 2026 20:50:27 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 26046282 | | Email/Text: brnotices@dor.ga.gov | Nov 23 2026 20:43:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Pkwy NE Ste 339, Atlanta, GA 30345 |
| 26038990 | | Email/Text: brnotices@dor.ga.gov | Nov 23 2026 20:43:00 | Georgia Department of Revenue, Compliance Division, ARCS-Bankruptcy, 1800 Century Blvd, N.E. Ste 9100, Atlanta, GA 30345 |
| 26038989 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 23 2026 20:44:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 26038991 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 23 2026 20:44:00 | Indigo Credit Card, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 26038992 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2026 20:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 26101558 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 20:49:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 26038994 | | Email/Text: ml-ebn@missionlane.com | Nov 23 2026 20:41:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 26038993 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 20:51:38 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 26038995 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 20:51:40 | Ollo Card, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 26163643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2026 20:50:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 26038996 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2026 20:52:13 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 26041533 | + | Email/Text: bknotices@progressresidential.com | Nov 23 2026 20:44:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 26111783 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2026 20:43:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 26038999 | | Email/Text: notices@rentreporters.com | Nov 23 2026 20:43:00 | RentReporters, Attn: Bankruptcy, 24 Corporate Plaza Drive, Suite 180, Newport Beach, CA 92660 |
| 26038998 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 23 2026 20:50:46 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E. Firetower Road, Greenville, NC 27858-4105 |
| 26038984 | | Email/Text: bankruptcy@self.inc | Nov 23 2026 20:42:00 | Edc/self-renttrack, Po Box 11, Southlake, TX 76092 |
| 26039000 | | Email/Text: bankruptcy.notices@sparrowcard.com | Nov 23 2026 20:42:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy, 9450 Sw Gemini Dr. #87446, Beaverton, OR 97008 |
| 26039001 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2026 20:52:12 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 26039003 | ^ | MEBN | Nov 23 2026 20:33:21 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 26040944 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 23 2026 20:43:00 | United States Attorney, Northern District of |

Georgia, 75 Ted Turner Drive SW, Suite 600,
Atlanta GA 30303-3309

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 1 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Shani Reid | on behalf of Debtor Jeffrey Andrew LaVigne docs@sreidlaw.com attyshani@gmail.com;shani@sreidlaw.com;Reid.ShaniR88373@notify.bestcase.com |
| Thomas M. Nicely | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |

TOTAL: 4